IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED AUG 1 6 2023
HCA September 13, 2023
ALJ CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-127 |
| v. | INDICTMENT |
| CARL EDWARD GENTRY, | T. 18 U.S.C. § 2251(a) |
| | T. 18 U.S.C. § 2251(e) |
| Defendant. | T. 18 U.S.C. § 1470 |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Attempted Sexual Exploitation of a Minor)**

From on or about May 30, 2023 through July 10, 2023, in the Southern District of Iowa, the defendant, CARL EDWARD GENTRY, attempted to employ, use, persuade, induce, entice, and coerce a person he believed to be a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, including by computer, and in and affecting interstate and foreign commerce and mailed, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Attempted Transfer of Obscene Material to a Minor)

On or about July 1, 2023, in the Southern District of Iowa, the defendant, CARL EDWARD GENTRY, by using a facility and means of interstate and foreign commerce, namely the Facebook account with username carl.gentry.16, did knowingly transfer and attempted to transfer obscene matter to another individual, knowing and believing that the other individual had not attained the age of 16 years.

This is a violation of Title 18, United States Code, Section 1470.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Laura M. Roan
Assistant United States Attorney